September 18, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

IN THE INTEREST OF E.C. AND Y.C., CHILDREN,

NO. 14-14-00368-CV

_____

This cause, an appeal from the judgment signed, April 28, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant to pay all costs incurred in this appeal.

We further order this decision certified below for observance.